Name: Gwendolyn Hall

Address: 955 N. Lake Ave

Pasadena, Ca 91104

Phone: No Phone

Fax:

In Pro Per

FILED

2024 JAN 19 PM 12: 16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Gwendolyn Hall

                                    Plaintiff

v.

FBI Director Christopher Wray

Assistant FBI Director Donald

Always

                                    Defendant(s).

CASE NUMBER: 2:24-cv-00432-PA-AS×

Retraining order Fire Truck,

Hispanic Woman Using my

medical Insurance. The woman

Throw chemicals in my eye

to cause an eye Damage.

21 pages 16 Exhibits

(Enter document title in the space provided above)

The Affiliation between the Sheriff, AND I is the FBI Agent
Involved in the Investigation regarding what occurred in Federal
Judge Otis Wright Court Room.
The White man with A Nice length of Hair, The Hispanic man,
AND the Black Man is all involved in Some Type of Scam. The
three men turn on eachother in Florida, because the white man
tried to Cross them, but took a $100,000.
The man behind the Fire Department is behind the Food
Poisoning 01-19-2024 "Jenny" THE STAFF AT Friends-In-deed
Gave me A Frogg toggs, and A Light Blue blanket. The Frogg
toggs had an address on it in Altadena, The Light Blue blanket
WAS to make it EASY For me to be Identified when the

Page Number                                    ONE

1  Fire Truck Send Someone in the Hospital AT LAC + USC emergency
2  room to Steal, the evidence OFF me. The individual is monitoring
3  me on Camera at the Hospital, THE Fire Truck is SEnding Random
4  PEople's in the EMergency room to switch my toothpaste, Put
5  Chemicals in my Hair products, and Switching my Vitamins.
6  The man behind the Fire Truck, and the woman with Cancer
7  is in a Sexual RelaTionship.
8  On 12·28·2023 Pink/The Fire Truck Steal My Driver license
9  out My Purse, while I was Sleep at the Hospital LAC+USC.
10  12-29-2023 when I Go to US Bank to withdraw my money
11  out, My Driver license is missing. Mrs.Karinell NAAman Branch
12  manger 70 S. Lake Ave Pasadena, Ca 91101 Gave me my Driver
13  license pretending like I left it at the Bank.
14  The Fire Fighter will be Served. Someone stole His Court
15  Documents. The Fire Fighter is going to Federal Prison.
16  12-28 2023 Someone Steal my Driver license out my Purse,
17  While I was sleep at LAC+ USC Hospital. The individual give
18  the Driver license to US Bank Manager "Karinell NAAman" to
19  return to me 12-29-2023.
20  The Business holding the money is won Won mini Market Inc.
21  700 Broadway in Chinatown = ADP Security Service
22  Black FBI AGENT! You have into monday Jan 22, 2024 to
23  ARREST these People or You'll be Screaming, "Black lives
24  MATTER"!
25  I be being exploited by the FBI Agents to hide Drug
26  Money in businesses stolen From the CARTEL's. The Sheriff,
27  THE FBI Agents, And the Black/white Couple was all working
28  together.

1  I was being exploited by the FBI to Hid Drug Money.
2  The FBI Agent was hiding money in businesses in Florida, and
3  then bought the businesses back to California

4  THE FBI AGENT behind the Los Angele Times Articles is
5  behind the NEW York Scam against Trump.

6     Jasmine Richerson (Pasadena Block libes) leader WAS PAID
7  to stage A Protest against me. The Hispanic FBI agent
8  made sure, that the Pasadena CITY Clerk Arrested Ms.
9  Richerson to Secure a Financial Payout.

10 * Deborah Maxson Realtor Sotheby's International Realty
11 (626) 688-7851 = Sotheby's International REALTY Sarasota, Florida

12

13   Involved In the Scandal

14 1. EMpire Cleaning Supply 12821 S. Figueroa st LA, CA 90061
15    (310) 715-6508

16 2. USC FPM CLP 7H23SL3, 8R75171

17 3. Frogg toggs = Froggtoggs.com = Fire Truck

18 4. Tavern Service Company CLP 92L87RI

19        Vin 4SAGUHFL6IR3731976  CLP CM22T35 = Money

20 5. CLP DA58LI4, CLP 7841341 = Amazon CLP 57644T3, VoBICo

21 6. Doña Vita Paco Tacos Maple Commissary 730 S. Maple Ave
22 montebello, Ca 90640 (323) 722-9366 CLP 6S774H2 = Money

23 7. Tavern Service Company CLP 92L87RI

24 8. Money CLP 8RL43L1

25 9. USDOT 1080840  Ca 295449, CLP 7L277H3

26 10. Trad MALL Travel Umbrella

27 11. SPORT TEMP Hand Warmer Brooklyn, NY 11230
28                    Made In China

1   DUDE! You Talk like A Damn Fool.

2   You have altered my appearance trying to Force me

3   to stop loving myself In order to Steal my life For a

4   woman, who has Cancer.

5   I Do not even no You peoples.

6   You have Damaged my teeth trying to remove my Gold

7   teeth out my mouth. MY Gums are Swollen, because You lace

8   the Food with Chemicals, that I EAT.

9   You Put Chemicals in my Hair products to remove MY

10  Hair.

11  You Switched MY Vitamins with Diet Pills Causing me to

12  Lose 38 lbs to 2 month's.

13  The last attack WAS 1-17-2024, when the Fire Fighter

14  Put chemicals in my EYE at LAC+usc, while I WAS

15  sleep, because She need EYE Glass's, and wont to

16  Get the EYE Glass Using my medical Insurance.

17

18  Contact FBI Director Christopher Wray, AND tell Wray

19  to move Donald Always to another Country. Tell

20  Wray to stop Sending thos bottom of the Barrel

21  FBI Assistant clown Directors to Los Angeles County.

22  ASSISTANT FBI Director Donald always Got me Sleeping

23  on the Streets living homeless, while the white peoples use

24  me in Financial Scams.

25  Setting up A Scam to use me in A Law suit Against

26  Friends In DEED to Get the Cold Weather Shelter money

27  $1.9 million

28              Judge Hall    1-19-2024

PAY Attention, They Crossing EAchother

COCA Cola Zero = White woman

*Page Number*                          Four

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Pink stole My
Driver license
out My Purse at
the Hospital, And
gave the Driver
license to Karineh
NAAMan to
Pretend like I
left the Driver
license at the
Bank

Black AND Hispanic
Black Man and Hispanic woman





SAVE THIS RECORD

**NON NEGOTIABLE**

KARINEH NAAMAN
Branch Manager

626-660-2900 branch
626-660-2913 fax
karineh.naaman@usbank.com

Pasadena
70 S Lake Ave
PD-CA-1699
Pasadena, CA 91101

**us bank**

**LILLY YU-DUNN**
Client Relationship Consultant

usbank.com

626-660-2900 branch
626-660-2913 fax
lilly.yudunn@usbank.com

Pasadena
70 S Lake Ave
PD-CA-1699
Pasadena, CA 91101

**us bank**

No. 1699000075

DATE: January 16, 2024

$285.00

**PERSONAL MONEY ORDER**

TWO HUNDRED AND EIGHTY FIVE DOLLARS AND 00 CENTS

**us bank.**

Payee

Location: 1699 Pasadena

PLEASE COMPLETE AND SIGN MONEY ORDER PROMPTLY

HARLAND CLARKE   20745 (01/13)   30114-448E

The US Bank Teller who Cashed
this Bank money orde for $ 285.00
1-18-2024 helped the Hispanic man
run the Financial Scam with withdrawel/Deposit slip's.
when I cashed Postal Money orders.

21

1/18/24, 2:59 PM
Case 2:24-cv-00432-PA-AS    Document 1    Filed 01/19/24    Page 6 of 24   Page ID #:6
Pasadena approved funding for first dedicated cold weather shelter site since pandemic

Search the web

Discover    Following    | News    US News    World News        Personalize



**Chuck Norris In His 80's Says: "Try This Once A Day For More Energy"**

Sponsored by America Morning Supply

Ad

**SG VT**  San Gabriel Valley Tribune   ( Follow )

## Pasadena approved funding for first dedicated cold weather shelter site since pandemic

Story by John Orona, San Gabriel Valley Tribune, West Covina, Calif.  •  1mo

Dec. 5—The Pasadena City Council approved funding that will help allow nonprofit Friends in Deed to operate a cold weather shelter at Trinity Lutheran Church, the first such dedicated site in the city since the pandemic.

At their Monday, Dec. 4 meeting, the City Council authorized a $275,000 contract that will allow the church to make needed capital improvements and a 5-year, not-to-exceed $1.9 million contract with Friends in Deed, including $380,000 for the first year of operational support.

**Compare Top Banks & Lenders - Today's Up-To-Date Rates**

Ad   Bankrate



The shelter is set to open no later than Feb. 1, 2024, and run through April 2024.

FID hosted Pasadena's seasonal bad weather shelter out of a Lake Avenue church gym for more than 30 years until COVID-19 shuttered the operation in March 2020. Since at least 2021, the city has searched for a new site that could replace the longtime shelter, finding few suitable spaces or willing partners to take on the task.

Exhibits 5

# United States Postal Service

2.3          162 Google reviews  ⋮

Post office in Sarasota, Florida

 Website    Directions    Save    Call

*Postal Mail Stolen From Here, The evidence been sent to California.*

**Address:** 1661 Ringling Blvd, Sarasota, FL 34230

**Hours:** Open · Closes 5:30 PM ▾
Confirmed by this business 3 weeks ago

**Phone:** (800) 275-8777

CLICK HERE TO DONATE NOW!      *serving Pasadena's homeless and at-risk communities since 1894.*



HOME    ABOUT US    PROGRAMS    NEWS    WAYS TO GIVE

JOIN US    CONTACT

CLICK HERE TO DONATE NOW!

*"Jenny" Friends In DEED STAFF Imposter is "Jenny" Salvation ARMY In Bradenton, Florida. "Jenny" work on the Family Side AT The Salvation Army In Bradenton, Fl*

*✱ Salvation Army Family Center In SarasoTA, Florida*

# STAFF



*Somehow Involved*

## RABBI JOSHUA LEVINE GRATER

Executive Director
joshualg@friendsindeedpas.org
626.797.2402 x108



🔲 English

## MARTY CAMPOLO

Deputy Director and Grants Officer
martyc@friendsindeedpas.org
626.797.2402



## MERRIA VELASCO

Senior Director of Development
merriav@friendsindeedpas.org
626.797.2402 x202



## RYAN GREER

Senior Director of Programs
ryang@friendsindeedpas.org
626.797.2402 x209

🌐 English



## KENYETTA WILSON

Controller
kenyettaw@friendsindeedpas.org
626.797.2402 x219



## HELEN ANGOVE

Operations Manager
helena@friendsindeedpas.org
626.797.2402 x201



## TIM NISTLER

Director of the Food Pantry



English

timn@friendsindeedpas.org
626.797.2402 x106



### TISH INONG

Director of Street Outreach and Housing
tishi@friendsindeedpas.org
626.797.2402 x103

Somehow Involved



### LINDSEY REED

Director of The Women's Room (TWR)
lindseyr@friendsindeedpas.org
626.797.2402 x104



9

🌐 English

Case 2:24-cv-00432-PA-AS    Document 1    Filed 01/19/24    Page 12 of 24    Page ID #:12

## STACEY MCCARROLL

Director of Eviction Prevention and Rental Assistance (EPRA)
staceym@friendsindeedpas.org
626.797.2402 x101



## LAURA VAN ALSTINE

Director of the Bad Weather Shelter
laurav@friendsindeedpas.org
626.797.2402 x120



## MARLENE MARTINEZ

Assistant Director of Eviction Prevention and Rental Assistance
(EPRA)
marlenem@friendsindeedpas.org
626.797.2402 x206

10

🇺🇸 English



## EVANGELINA RIVERA

Food Pantry Manager
evar@friendsindeedpas.org
626.797.2402 x107



## WILLIAM SHELBY

Senior Intensive Case Management Specialist
williams@friendsindeedpas.org
626.391.0301



## NAJWA PAYTON JONES

Housing Navigator and Outreach Liaison



English

najwaj@friendsindeedpas.org
626.392.2417



## OLIVIA ESTEB

Housing Navigator
oliviae@friendsindeedpas.org
626.391.0294



## VIRGINIA VALENCIA

Outreach Team Lead and Mental Health Specialist
virginiav@friendsindeedpas.org
626.879.7016

12

🌐 English

*Somehow Involved*



## ISAAC ARREOLA

Outreach Specialist
isaaca@friendsindeedpas.org
626.393.2948



## ANGEL MAXWELL

Peer Specialist
angelm@friendsindeedpas.org
626.494.0413



## ELYSE REED

Development Associate

🌐 English

13

elyser@friendsindeedpas.org
626.797.2402 x205



## JANE ARMBRUSTER

TWR Program Manager and Case Counselor
janea@friendsindeedpas.org
626.797.2402 x105



## KRISTINA MARTIN

Food Pantry Program Assosciate
kristinam@friendsindeedpas.org
626.797.2402 x107



14

🖳 English

## DOUG HAUGHT

TWR Security and Grounds
626.797.2402



## JENNY JUAREZ

TWR Program Associate
jennyj@friendsindeedpas.org
626.797.2402



## COTY DIETEL

Food Pantry Aide
626.797.2402

15

🇺🇸 English



## SETH REID

Emergency Motels Program Manager
sethr@friendsindeedpas.org
626.797.2402 x111



## NORA MATHISON

MSW Intern, The Women's Room
noram@friendsindeedpas.org
626.797.2402 x105



## RAE WIEDERHOEDT

MSW Intern, Street Outreach and Housing

16

🇬🇧 English

raew@friendsindeedpas.org
626.797.2402 x115



## MIRIAM AMADOR

MSW Intern, Street Outreach/Food Pantry
miriama@friendsindeedpas.org
626.797.2402 x117

---

## GET CONNECTED

Sign up for our newsletter to stay connected and receive Rabbi Joshua's Weekly Message!

English

s.org/who-we-are/staff/

17

1/19/24, 8:34 AM  Case 2:24-cv-00432-PA-AS   Document 1   Filed 01/19/24   Page 20 of 24   Page ID
Welcome to Sarasota County Sheriff's, FL
#:20

**LEGAL MAIL**

Effective October 1, 2020, all legal mail **MUST** be mailed to:
Inmate Name
Sarasota County Correctional Facility
2020 Main Street
Sarasota, Fl. 34237

Legal correspondence must be clearly marked as such from an attorney, court, Department of Corrections or
the Parole Board.

Gave the Nurse at Lace BreakFast Sandwich to Give to me. The
Hispanic man had the mail Room give him a package, that I sent
to Law enforcement. Hispanic man / white man was in a sexual
Relationship "Christine" Husband.

18

1/19/24, 8:33 AM    Case 2:24-cv-00432-PA-AS    Document 1    Filed 01/19/24    Page 21 of 24    Page ID
711 sarasota fl lime street - Google Search
#:21

# 7-Eleven

3.9          37 Google reviews  ⋮

$ · Convenience store

🌐 Website    ◆ Directions    🔖 Save    📞 Call

Convenience chain offering grab-&-go bites & beverages, plus assorted newsstand items.

**Address:** 10 S Lime Ave, Sarasota, FL 34237

**Hours:** Open 24 hours ▾

**Phone:** (941) 365-5317

Police

The Sheriff's at 2020 main st The Sarasota, Florida Department, and Sarasota Resident exposed UPS For Drugs. Sarasota, Florida gangsters Shut it down For the individuals Involved For trying to step on their toes.

Los Angeles Gangster's was chasing Down Los Angeles Sheriff AND The FBI For their money.

THE AFrica man helped Expose the Corruption. in Florida, Washington, Dc, The AFrica man made Sure, that I did not take the medication at Virginia Hospital.

THE white man with nice length oF Hair is behind the Social Security oFFice in Sarasota, Florida, and the white man made contact with Smile now Dental oFFice "Rohit Basson, D.D.S
1282 N. Lake Ave
Pasadena, Ca 91104
(626) 797-3451

THE White man was Driving A "Volvo" In Sarasota, Florida Laughing AT Sarasota, Florida Police.

19

# Center Pointe Office Building

Directions    Save    Call

4.6        22 Google reviews
Business center in Sarasota, Florida

**Address:** 2033 Main St SUITE 405, Sarasota, FL 34237
**Hours:** Open now · Add full hours
**Phone:** (941) 366-0217

THE Food Poisoning = FedEx = Los Angeles Time = Drugs

26



Pasadena Star-News
https://www.pasadenastarnews.com/2023/12/05/...

## Pasadena approves a dedicated cold weather shelter, first since ...

Web Dec 5, 2023 · The **Pasadena** City Council approved funding that will help allow nonprofit Friends in **Deed** to operate a **cold weather shelter** at Trinity Lutheran Church, the first such dedicated site in the...

* **Author:** John Orona

CLP 63251E2

HAD Sarasota, Florida Police Officer Open the evidence room
STOLE A WALLET out the evidence room, and SENT the
WALLET to California. White man with nice length of Hair